UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-07901-ODW(ASx) | Date | January 5, 2015 |
|---|---|---|---|
| Title | Robert W. Olson, Jr., v. G. Austin Sperry et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila Enlgish | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) Order Vacating Hearing on MOTION for Default Judgment [21]; MOTION to Vacate Clerks Entry of Default [29]

The hearing on the above-referenced MOTIONS, scheduled for January 12, 2015 at 1:30 P.M., are hereby **VACATED** and taken off calendar. No appearances are necessary.

The matters stand submitted, and will be decided upon without oral argument. An order will issue.

IT IS SO ORDERED.

| | : | 00 |
|---|---|---|
| Initials of Preparer | se | |