1
2
3
4
5
6
7

# United States District Court
# Central District of California

| | |
|---|---|
| ROBERT W. OLSON, JR., a Professional Corporation,<br><br>                    Plaintiff,<br><br>         v.<br><br>G. AUSTIN SPERRY; STEVEN A. FIRSHEIN DMD, a Professional Corporation; and STEVEN A. FIRSHEIN,<br><br>                    Defendants. | Case No. 2:14-cv-07901-ODW(AS)<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

In light of the settlement reached by the parties (ECF No. 66), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than November 30, 2015**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

October 21, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**